

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-17-00099-CV

Victor **RAMOS**,
Appellant

v.

**CITY OF LAREDO**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003985 D2
Honorable Susan D. Reed, Judge Presiding

## O R D E R

     After this court granted appellee an extension of time to file its brief, the brief was due November 13, 2017. On the due date, appellee filed a second motion for extension of time, asking for an additional four days in which to file the brief. After review, we **GRANT** appellee's motion and **ORDER** appellee to file its brief on or before November 17, 2017.

_Marialyn Barnard_
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court